## Cora O'Dea, Appellee, v. J. E. Throm, Appellant.

### Gen. No. 8,295.

Filed October 29, 1928.

In accordance with the mandate of the Supreme Court, it is ordered that a judgment is hereby entered in said cause dismissing the appeal taken by the appellant, J. E. Throm, to this court without the assessment of any damages. (Original opinion in the Appellate Court, see 250 Ill. App. 577.)